AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

DaiJuan Ta'Kain Taylor
*Plaintiff(s)*

v.

Mark Zuckerberg,
Sundar Pichai
*Defendant(s)*

Civil Action No. **1:25 CV 0007**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Mark Zuckerberg CEO of FaceBook
1 Hacker Wy, Menlo Park, Menlo Park 94025 California
Sundar Pichai CEO of google 1600 Amphitheatre Pk Wy
Mountain View California 94043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*